IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALJAWON DAWYANE MILES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 3:18-CV-580-WHA-KFP |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On April 29, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 21.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Recommendation of the Magistrate Judge (Doc. 21) is ADOPTED;

(2) The 28 U.S.C. § 2255 motion filed by Petitioner Aljawon Dawyane Miles is DENIED; and

(3) This case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

.    DONE this 26th day of May, 2021.

                     /s/   W. Harold Albritton
                     SENIOR UNITED STATES DISTRICT JUDGE